J. AL LATHAM, JR. (Cal. State Bar No. 71605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

THOMAS E. GEIDT (Cal. State Bar No. 80955)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
tomgeidt@paulhastings.com

Attorneys for Defendant
AT&T, Inc.

**IT IS SO ORDERED**
Judge James Ware
2/19/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BUCCELLATO, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, INC.,<br><br>Defendants. | No. C-10-463-JW PVT<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>(L.R. 6-1(a)) |

Pursuant to this Court's Local Rule 6-1(a), Plaintiff Matthew Buccellato and Defendant AT&T, Inc., acting through their respective counsel of record, hereby stipulate that Defendant may have up to and including March 23, 2010, by which to answer, object to, or otherwise respond to the complaint. By entering into this stipulation, Defendant does not waive any objection or defense it may have to the complaint.

Dated: February 16, 2010.

KELLY M. DERMODY
JAHAN C. SAGAFI
ANNE B. SHAVER
JARON R. SHIPP
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
Kelly M. Dermody
Attorneys for Plaintiff
Matthew Buccellato

Dated: February 17, 2010.

J. AL LATHAM, JR.
THOMAS E. GEIDT
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Thomas E. Geidt
Attorneys for Defendant
AT&T, Inc.

LEGAL_US_W # 63937881.1

STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT
U.S.D.C., N.D. Cal., No. C-10-463-JW PVT