Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Anne B. Shaver (Cal. Bar No. 255928)
Jaron R. Shipp (Cal. Bar No. 264401)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com
E-Mail: ashaver@lchb.com
E-Mail: jshipp@lchb.com

Adam T. Klein
Justin M. Swartz
Rachel M. Bien
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: jms@outtengolden.com
E-Mail: rmb@outtengolden.com

*Attorneys for Plaintiff and Class Members*

IT IS SO ORDERED AS MODIFIED
Judge James Ware
3/26/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW BUCCELLATO, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Inc.<br><br>Defendants. | Case No. C10-00463-JW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE FIRST AMENDED COMPLAINT** |

The parties hereby stipulate as follows:

WHEREAS, on February 2, 2010, Plaintiff filed his original Complaint for Violations of the Fair Labor Standards Act, the Employee Retirement Income Security Act of 1974, and State Wage and Hour Laws; Claims for Damages, Restitution, and Injunctive Relief, naming AT&T Inc. as the sole Defendant;

WHEREAS, on February 16, 2010, counsel for AT&T represented to Plaintiff's counsel that Plaintiff's employer is AT&T Operations, Inc., not AT&T Inc.;

WHEREAS, counsel for AT&T also represented to Plaintiff's counsel that AT&T Inc. is a holding company with no employees;

WHEREAS, Plaintiff hereby seeks to dismiss AT&T Inc. without prejudice and with each side bearing its own costs,

WHEREAS, Plaintiff seeks to be represented by existing counsel (Lieff, Cabraser, Heimann & Bernstein, LLP) as well as attorneys from the firm of Outten & Golden LLP, who will jointly represent Plaintiff and the proposed class in this matter;

WHEREAS, Defendant's deadline for answering the Complaint is Tuesday, March 23, 2010.

The parties respectfully request the Court to grant Plaintiff leave to: (1) file the First Amended Complaint (attached hereto as Exhibit A) to name AT&T Operations, Inc. in place of AT&T Inc. as the sole defendant; (2) add the firm of Outten & Golden LLP as co-counsel for Plaintiff and the proposed class; and (3) correct two typographical errors in the Complaint.

IT IS SO STIPULATED.

Dated: March 23, 2010     **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: _____
       JAHAN C. SAGAFI

*Counsel for Plaintiff and the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: March 22, 2010 | **PAUL, HASTINGS, JANOFSKY, & WALKER LLP** |
| 2 | | |
| 3 | | By: _/s/ Thomas E. Geidt_ |
| | | THOMAS E. GEIDT |
| 4 | | *Counsel for Defendants AT&T Operations, Inc.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION, IT IS SO ORDERED.

On or before **April 2, 2010** Plaintiff shall files its Amended Complaint as a *separate* docket entry.

Dated: __March 26,_____, 2010          ___/s/ James Ware_____
                                            Honorable James Ware
                                            United States District Judge