Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Anne B. Shaver (Cal. Bar No. 255928)
Jaron R. Shipp (Cal. Bar No. 264401)
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com
E-Mail: ashaver@lchb.com
E-Mail: jshipp@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Justin M. Swartz (admitted *pro hac vice*)
Rachel M. Bien (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: jms@outtengolden.com
E-Mail: rmb@outtengolden.com

*Attorneys for Plaintiff and Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW BUCCELLATO, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Operations, Inc.<br><br>Defendant. | Case No.  C10-00463-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

1  The parties hereby stipulate as follows:

2  WHEREAS, the operative complaint in this action is the First Amended Complaint;

3  WHEREAS, the First Amended Complaint includes claims only under federal and
4  California law;

5  WHEREAS, several individuals have contacted Plaintiff's counsel to serve as class
6  representatives asserting classwide claims under Colorado, New Jersey, New York, and North
7  Carolina law; and

8  WHEREAS, Defendant does not oppose the amendment,

9  Plaintiff respectfully requests that the Court to grant Plaintiff leave to file the Second
10  Amended Complaint (attached hereto as Exhibit A) adding four plaintiffs and classwide claims
11  under the laws of Colorado, New Jersey, New York, and North Carolina.

12  IT IS SO STIPULATED.

13  Dated:  November 30, 2010        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                     By:  */s/ Jahan C. Sagafi*
                                              JAHAN C. SAGAFI

                                     *Counsel for Plaintiff and the Proposed Class*

18  Dated:  November 30, 2010        PAUL, HASTINGS, JANOFSKY, & WALKER LLP

                                     By:  */s/ Thomas E. Geidt*
                                              THOMAS E. GEIDT

                                     *Counsel for Defendant AT&T Operations, Inc.*

1

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiff shall file the Second
    Amended Complaint as a separate docket entry by Thursday, December 16, 2010.
3

4   Dated:  December 13, 2010

    _____
5   The Honorable Lucy H. Koh
    United States District Judge