Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Anne B. Shaver (Cal. Bar No. 255928)
Jaron R. Shipp (Cal. Bar No. 264401)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com
E-Mail: ashaver@lchb.com
E-Mail: jshipp@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Justin M. Swartz (admitted *pro hac vice*)
Rachel M. Bien (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: jms@outtengolden.com
E-Mail: rmb@outtengolden.com

*Attorneys for Plaintiff and Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW BUCCELLATO, RICK CORTES, RICHARD MALCONTENTO, KENNETH CARLTON, and LOWELL HILL, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T Operations, Inc.<br><br>Defendant. | Case No.  C10-00463-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1  The parties hereby stipulate as follows:

2  WHEREAS, on December 20, 2010, this Court held a case management conference, at
3  which the parties summarized the terms of the settlement they had reached;

4  WHEREAS, the Court then set a deadline of January 7, 2011 for the parties to file the
5  motion for preliminary approval of class action settlement, and set the preliminary approval
6  hearing for January 21, 2011, at 10:00 a.m.;

7  WHEREAS, the parties have been working diligently over the past several weeks to
8  finalize the precise terms of the settlement, but, due to the winter holidays, have been unable to
9  finalize those terms; and

10 WHEREAS, the parties are available for the preliminary approval hearing on January 27
11 and 31, 2011, at any time, but not available on January 28, 2011.

12 The parties respectfully request that the Court (1) continue the deadline for the filing of
13 the preliminary approval motion from January 7, 2011 to January 13, 2011 and (2) continue the
14 preliminary approval hearing to January 27 or 31, 2011.

15 IT IS SO STIPULATED.

16 Dated: January 7, 2011           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                    By:  */s/ Jahan C. Sagafi*
                                         JAHAN C. SAGAFI

                                    *Counsel for Plaintiffs and the Proposed Class*

   Dated: January 7, 2011           PAUL, HASTINGS, JANOFSKY, & WALKER LLP

                                    By:  */s/ Thomas E. Geidt*
                                         THOMAS E. GEIDT

                                    *Counsel for Defendant AT&T Operations, Inc.*

907279.1                            - 1 -     STIP. AND [PROPOSED] ORDER CONTINUING DEADLINE
                                              TO FILE MOT. FOR PRELIM. APP. OF SETTLEMENT
                                              CASE NO. C10-00463-LHK

1

2        Per the parties' request, the preliminary approval motion shall be filed by January 13,

3   2011. The preliminary approval hearing shall be held on Thursday, February 17, 2011 at

4   1:30 p.m.

5   **IT IS SO ORDERED.**

6

7   Dated: January 10, 2011             _Lucy H. Koh_

8                                            The Honorable Lucy H. Koh
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28