1  Kelly M. Dermody (Cal. Bar No. 171716)
   Jahan C. Sagafi (Cal. Bar No. 224887)
2  Anne B. Shaver (Cal. Bar No. 255928)
   Jaron R. Shipp (Cal. Bar No. 264401)
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
5  Facsimile:   (415) 956-1008
   E-Mail: kdermody@lchb.com
6  E-Mail: jsagafi@lchb.com
   E-Mail: ashaver@lchb.com
7  E-Mail: jshipp@lchb.com

8  *Attorneys for Plaintiffs and Class Members*

9  J. Al Latham, Jr. (SBN 71605) allatham@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
10 515 South Flower Street, Suite 2500
   Los Angeles, CA  90071
11 Telephone:  (213) 683-6000
   Facsimile:   (213) 627-0705
12
   Thomas E. Geidt (SBN 80955) tomgeidt@paulhastings.com
13 Rishi N. Sharma (SBN 239034) rishisharma@paulhastings.com
   Jeffrey P. Michalowski (SBN 248073) jeffmichalowski@paulhastings.com
14 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, Suite 2400
15 San Francisco, CA  94105
   Telephone:  (415) 856-7000
16 Facsimile:   (415) 856-7100

17 *Attorneys for Defendant AT&T Operations, Inc.*

18                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
19                          **SAN JOSE DIVISION**

20 | MATTHEW BUCCELLATO, RICK | Case No.  C10-00463-LHK |
   | CORTES, RICHARD MALCONTENTO, | |
21 | KENNETH CARLTON, and LOWELL | |
   | HILL, on behalf of themselves and classes | [~~PROPOSED~~] ORDER APPROVING |
22 | of those similarly situated, | STIPULATION TO AMEND CLASS |
   |  | SETTLEMENT AGREEMENT AND |
23 |             Plaintiffs, | EXHIBITS |
   |  | |
24 |     v. | |
   |  | |
25 | AT&T OPERATIONS, INC., | |
   |  | |
26 |             Defendant. | |

27

28

The Court having reviewed the parties' Stipulation to Amend Class Settlement Agreement and Exhibits filed concurrently herewith, and it appearing to the Court that there is good cause to approve the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation to Amend Class Settlement Agreement and Exhibits ("Stipulation") is approved.

2. The Court approves the proposed amendments to the Stipulation of Class Settlement and Settlement Agreement, including the amendments to the Class Notice and Claim Form set forth in Exhibits 1 and 2 attached to the Stipulation.

3. The Court directs the parties and the Settlement Administrator to effectuate the Settlement, incorporating these modifications, in accordance with the Court's prior Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation (3) Directing Dissemination of Notice to the Class, and (4) Setting Date for Fairness Hearing and Related Dates, Docket No. 54.

IT IS SO ORDERED.

Dated: March 11, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge