1   Kelly M. Dermody (Cal. Bar No. 171716)
    Jahan C. Sagafi (Cal. Bar No. 224887)
2   Anne B. Shaver (Cal. Bar No. 255928)
    Jaron R. Shipp (Cal. Bar No. 264401)
3   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
4   San Francisco, CA  94111-3339
    Telephone:  (415) 956-1000
5   Facsimile:   (415) 956-1008
    E-Mail: kdermody@lchb.com
6   E-Mail: jsagafi@lchb.com
    E-Mail: ashaver@lchb.com
7   E-Mail: jshipp@lchb.com

8   *Attorneys for Plaintiffs and Class Members*

9   J. Al Latham, Jr. (SBN 71605) allatham@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
10  515 South Flower Street, Suite 2500
    Los Angeles, CA  90071
11  Telephone:  (213) 683-6000
    Facsimile:   (213) 627-0705
12
    Thomas E. Geidt (SBN 80955) tomgeidt@paulhastings.com
13  Rishi N. Sharma (SBN 239034) rishisharma@paulhastings.com
    Jeffrey P. Michalowski (SBN 248073) jeffmichalowski@paulhastings.com
14  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, Suite 2400
15  San Francisco, CA  94105
    Telephone:  (415) 856-7000
16  Facsimile:   (415) 856-7100

17  *Attorneys for Defendant AT&T Operations, Inc.*

18  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
19  **SAN JOSE DIVISION**

20  MATTHEW BUCCELLATO, RICK                    Case No.  C10-00463-LHK
    CORTES, RICHARD MALCONTENTO,
21  KENNETH CARLTON, and LOWELL
    HILL, on behalf of themselves and classes   **[~~PROPOSED~~] ORDER GRANTING**
22  of those similarly situated,                **STIPULATION TO SUBSTITUTE**
                                                **NAMED PLAINTIFFS AND AMEND**
23                Plaintiffs,                   **SETTLEMENT AGREEMENT,**
                                                **COMPLAINT, AND CLASS NOTICE**
24        v.                                    **ACCORDINGLY**

25  AT&T OPERATIONS, INC.,

26                Defendant.

27

28

The Court having reviewed the parties' Stipulation To Substitute Named Plaintiffs And Amend Settlement Agreement, Complaint, And Class Notice Accordingly ("Stipulation") filed concurrently herewith, and it appearing to the Court that there is good cause to approve the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The Court approves Kevin Weigum and Mary Soto as representatives of the Colorado and North Carolina Classes, respectively. Plaintiffs Rick Cortes and Lowell Hill are no longer representatives of those Classes.

3. Plaintiffs' request for leave to file the Third Amended Complaint is granted.

4. The parties' request to delete the named Plaintiffs' names from the notice (with the exception of lead plaintiff Matthew Buccellato, whose name will be included in the notice) is granted.

5. The Court directs the parties and the Settlement Administrator to effectuate the Settlement, incorporating these modifications, in accordance with the Court's prior Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation (3) Directing Dissemination of Notice to the Class, and (4) Setting Date for Fairness Hearing and Related Dates, Docket No. 54.

IT IS SO ORDERED.

Dated: March 28, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge