Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
Anne B. Shaver (Cal. Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com
E-Mail: ashaver@lchb.com

Adam T. Klein (admitted *pro hac vice*)
Justin M. Swartz (admitted *pro hac vice*)
Rachel M. Bien (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone:  (212) 245-1000
Facsimile:   (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: jms@outtengolden.com
E-Mail: rmb@outtengolden.com

*Attorneys for Plaintiffs and Class Members*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW BUCCELLATO, KEVIN WEIGUM, RICHARD MALCONTENTO, KENNETH CARLTON, and MARY SOTO, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T OPERATIONS, INC.,<br><br>Defendant. | No.  C10-00463-LHK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE SETTLEMENT CLAIM FORMS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(b)<br><br>Hon. Lucy H. Koh |

Plaintiffs have moved this Court pursuant to Civil Local Rule 79-5 to file settlement claim forms under seal.  The Court having reviewed Plaintiffs' Unopposed

1  Administrative Motion, and it appearing to the Court that there is good cause to approve the
2  Motion, the Motion is hereby GRANTED.
3
4      IT IS SO ORDERED.
5
6      Dated:  August  31, 2011          *Lucy H. Koh*
7                                         The Honorable Lucy H. Koh
                                          United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28